UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| PATRICIA WILKERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:15-CV-13-TAV-HBG |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This Social Security appeal is before the Court on the Report and Recommendation entered by United States Magistrate Judge H. Bruce Guyton on November 12, 2015 [Doc. 16]. There have been no timely objections to the Report and Recommendation and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). In the Report and Recommendation, the magistrate judge recommends that plaintiff's motion for judgment on the pleadings [Doc. 11] be granted in part and denied in part, and that the Commissioner's motion for summary judgment [Doc. 14] be granted in part and denied in part. He further recommends that, upon remand, the ALJ reevaluate the opinions of Mr. Ladd and Ms. Cartwright, pursuant to Social Security Ruling 06-03p.

The Court has carefully reviewed this matter, including the underlying motions and the complaint, and the Court is in agreement with the magistrate judge's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court

**ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 16], and it is **ORDERED** that the Commissioner's Motion for Summary Judgment [Doc. 14] is **GRANTED IN PART and DENIED IN PART** and plaintiff's Motion for Judgment on the Pleadings [Doc. 11] is **GRANTED IN PART and DENIED IN PART**. This case is hereby **REMANDED** for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
 s/ *Debra C. Poplin*
 CLERK OF COURT